## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRETT RAMEY,**

**Plaintiff,**

**v.**

**THE AMERICAN COAL COMPANY,**            **No. 12-cv-1236-DRH-PMF**

**Respondent.**


## ORDER

**HERNDON, Chief Judge:**

Pending now before this Court is plaintiff's motion to dismiss (Doc. 19) seeking dismissal of the action without prejudice.  This Court acknowledges plaintiff's notice and dismisses the complaint without prejudice and without costs taxed to either party.

**IT IS SO ORDERED.**

Signed this 13th day of May, 2013.

David R.
Herndon
2013.05.13
15:51:35 -05'00'

**Chief Judge**
**United States District Court**